ACCEPTED
14-15-00006-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 5:54:41 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00006-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 5:54:41 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON

HARRIS COUNTY HOSPITAL DISTRICT,
Appellant

v.

ANTHONY ROBERTS,
Appellee

Appealed from the 189th District Court
of Harris County, Texas
Trial Court Cause No. 2012-59332

**UNOPPOSED MOTION TO DISMISS APPEAL**

TO THE HONORABLE COURT OF APPEALS:

Appellant Harris County Hospital District submits this motion to dismiss appeal by which it would respectfully show the Court the following:

1. The District perfected this appeal on January 2, 2015.

2. The parties have settled all disputes between them and, therefore, this appeal is now moot and should be dismissed.

1

3.     Counsel for the parties have conferred concerning this motion and the motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, Appellant Harris County Hospital District respectfully moves the Court to dismiss this appeal pursuant to Tex. R. App. P. 42.1(a)(1).

Respectfully submitted,

VINCE RYAN
Harris County Attorney

*/s/ Bruce S. Powers*
Bruce S. Powers
Assistant County Attorney
State Bar No. 16215500
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5144
Facsimile:   (713) 755-8924
**bruce.powers@cao.hctx.net**

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellee Anthony Roberts, Scott Lannie, on March 4, 2015, concerning the merits of this motion and the motion is unopposed.

*/s/ Bruce S. Powers*
Bruce S. Powers

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2015, a true and correct copy of the foregoing was served by electronic transmission upon counsel for Appellee Anthony Roberts, Scott Lannie, 4000 Garth, Suite 150, Baytown, Texas 77521, sclannie@aol.com.

*/s/ **Bruce S. Powers***
Bruce S. Powers